

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

January 8, 2020

**BY ECF**

The Honorable Lewis A. Kaplan
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> 'SDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1-9-2020

Re:   United States v. Charles Figueroa, 19 Cr. 509 (LAK)

Dear Judge Kaplan:

A status conference is scheduled before Your Honor in the instant case for tomorrow, January 9, 2020, at 11 a.m. The parties write jointly to request a short adjournment, with apologies for the short notice for the request.

As the Court is aware, defense counsel has been in communication with the individuals in charge of separate pending state charges in order to inform his discussions with his client and the Government in the instant case. The defense and the Government have now reached an agreement in principle to the terms of a pre-trial disposition of this case. However, the parties have not been able to finalize a completed agreement in advance of tomorrow's conference.

The parties therefore jointly respectfully request that the Court adjourn tomorrow's conference, and schedule a change of plea conference for a date on or after February 3, 2020, to accommodate defense counsel's pending trial and upcoming travel obligations.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from January 9, 2020 to the date that the conference is rescheduled, to permit the parties to finalize in plea negotiations and for defense counsel to review the specific terms of the agreement with the defendant. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

MEMO ENDORSED
Application granted. The 1/9/2020 conference is adjourned until 2/6/2020 at 4:00 PM. Any change of plea hearing is referred to the magistrate. Time is excluded to and including 2/6/2020 for the reasons provided by counsel above.

So Ordered:

Hon. Lewis A. Kaplan, U.S.D.J.

Dated:        1/9/2020

The Government has conferred with counsel for the defendant, who has consented to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____

Brett M. Kalikow
Assistant United States Attorneys
(212) 637-2220

cc: Jeffrey Chartier, Esq. (via ECF)