UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
FEB 19 2020
JUDGE KAPLAN'S CHAMBERS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
UNITED STATES OF AMERICA                        :
                                                :        **[PROPOSED] ORDER**
            - v. -                              :
                                                :        19 Cr. 509 (LAK)
CHARLES FIGUEROA,                               :
                                                :
            Defendant.                          :
                                                :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-19-2020

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 7, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:        New York, New York
              2/19            , 2020

                                        _____
                                        THE HONORABLE LEWIS A. KAPLAN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK